# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of March, two thousand twenty-six.

Before:      William J. Nardini,
               *Circuit Judge.*

_____

| United States of America, | **ORDER** |
|---|---|
| Appellant, | Docket No. 25-1782 |
| v. | |
| Avraham Eisenberg, | |
| Defendant - Appellee. | |

_____

Appellee seeks an extension of the briefing schedule such that Appellee's response brief is due July 17, 2026, and Appellant's reply brief is due August 21, 2026.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court