Cooley

Ephraim McDowell
T: +1 202 776 2310
emcdowell@cooley.com

Via CM/ECF

August 24, 2026

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *United States v. Eisenberg*, No. 25-1782**

Dear Ms. Wolfe:

I represent the defendant-appellee in this matter and would present oral argument on his behalf. I write to respectfully request that if the Court schedules oral argument in this case, it not do so on the following dates (in addition to the dates previously included in the Oral Argument Statement) because of scheduling conflicts that have arisen: October 1, 15-16. I appreciate your considering this request.

Sincerely,

/s/ Ephraim A. McDowell
Ephraim A. McDowell